**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

| | |
|---|---|
| MARK BROWN; and ROBIN BROWN | PLAINTIFFS |
| v. NO. 3:14CV00250 JLH | |
| KEVIN SCHARPHORN; and RUSH TRUCKING CORP. | DEFENDANTS |

### ORDER

The joint motion to continue trial date is GRANTED. Document #15. This matter is removed from the trial docket for the week of September 26, 2016. A new scheduling order will be entered separately.

IT IS SO ORDERED this 9th day of June, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE