## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

MARK BROWN;                                                  PLAINTIFFS
and ROBIN BROWN

v.                              NO. 3:14CV00250 JLH

KEVIN SCHARPHORN;
and RUSH TRUCKING CORP.                          DEFENDANTS

### ORDER

Without objection, Bridgefield Casualty Insurance Company's motion to intervene is GRANTED. Document #20. Bridgefield must file its complaint in intervention within seven days from the entry of this Order.

IT IS SO ORDERED this 28th day of July, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE