# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

MARK BROWN and ROBIN BROWN                                              PLAINTIFFS

v.                              NO. 3:14CV00250 JLH

KEVIN SCHARPHORN; and RUSH TRUCKING CORP.                               DEFENDANTS

BRIDGEFIELD CASUALTY INSURANCE COMPANY                                  INTERVENOR

## ORDER

Two motions have been filed objecting to portions of document requests attached to subpoenas for expert witnesses for the defense. One of those depositions is scheduled for June 29, 2017. So that the issues can be decided in advance of that deposition, a hearing will be conducted on the motions beginning at 9:00 a.m., on Tuesday, June 27, 2017, in Courtroom 4-D of the Richard Sheppard Arnold United States Courthouse, 500 West Capital Avenue, Little Rock, Arkansas.

Neither motion contains a certificate that the moving party has conferred in good faith with the party who issued the subpoena as required by Federal Rule of Civil Procedure 26(c)(1) and Local Rule 7.2(g). The moving parties must confer in good faith with the party who issued the subpoena and provide a certificate by 3:00 p.m., on June 26, 2017, as required by Rule 26(c)(1) and Local Rule 7.2(g) or the motions will be summarily denied and the hearing will be cancelled.

If the plaintiffs oppose the motions to quash or for a protective order, a written response to the motions must be filed by 3:00 p.m., on June 26, 2017. If no written response is filed by that time, the Court will assume that the plaintiffs do not object to the motions and will therefore grant the motions and cancel the hearing.

IT IS SO ORDERED this 23rd day of June, 2017.

                                                                                     J. LEON HOLMES
                                                                                     UNITED STATES DISTRICT JUDGE