# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

| | |
|---|---|
| MARK BROWN and ROBIN BROWN | PLAINTIFFS |
| v. NO. 3:14CV00250 JLH | |
| KEVIN SCHARPHORN; and RUSH TRUCKING CORP. | DEFENDANTS |
| BRIDGEFIELD CASUALTY INSURANCE COMPANY | INTERVENOR |

## ORDER

The issues raised in the pending motions to quash have been resolved by the parties. The motions are therefore DENIED AS MOOT. Documents #33 and #34. The hearing scheduled for 9:00 a.m., on Tuesday, June 27, 2017, is cancelled.

IT IS SO ORDERED this 26th day of June, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE