IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| MARK BROWN and ROBIN BROWN | PLAINTIFFS |
| v. NO. 3:14CV00250 JLH | |
| KEVIN SCHARPHORN; and RUSH TRUCKING CORP. | DEFENDANTS |
| BRIDGEFIELD CASUALTY INSURANCE COMPANY | INTERVENOR |

## ORDER

The motion for leave to file an amended complaint and the motion for leave to file an amended answer are both GRANTED. Documents #39 and #40. The plaintiffs must file the amended complaint within seven days from the entry of this Order. The defendants must file the amended answer within seven days after the amended complaint is filed.

IT IS SO ORDERED this 28th day of June, 2017.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE