# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

MARK BROWN; et al.                                                                                    PLAINTIFFS

v.                                        NO. 3:14CV00250 JLH

KEVIN SCHARPHORN; et al.                                                                          DEFENDANTS

## ORDER

The Court has been informed that the parties are finalizing settlement in this matter and that a trial will not be required at this time. Therefore, the September 25, 2017 jury trial is removed from the Court's docket. The parties are directed to confer and submit a proposed final order of dismissal upon finalization of the settlement.

IT IS SO ORDERED this 9th day of August, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE