# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

MARK BROWN and ROBIN BROWN                                PLAINTIFFS

v.                    NO. 3:14CV00250 JLH

KEVIN SCHARPHORN; and RUSH TRUCKING CORP.           DEFENDANTS

BRIDGEFIELD CASUALTY INSURANCE COMPANY            INTERVENOR

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Motion to Dismiss with Prejudice, the Court hereby grants such motion, and orders all claims by Plaintiffs, Mark Brown and Robin Brown, be dismissed with prejudice. Document #57.

IT IS SO ORDERED this 13th day of September, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE