# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

MARK BROWN and ROBIN BROWN                                                      PLAINTIFFS

v.                                       NO. 3:14CV00250 JLH

KEVIN SCHARPHORN; and RUSH TRUCKING CORP.                                       DEFENDANTS

BRIDGEFIELD CASUALTY INSURANCE COMPANY                                          INTERVENOR

## ORDER

The supplement to motion to dismiss with prejudice is GRANTED. Document #59. All claims in this matter are dismissed with prejudice.

IT IS SO ORDERED this 21st day of September, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE